**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-50403**
**Summary Calendar**
_____

**UNITED STATES OF AMERICA,**

                                        **Plaintiff-Appellee,**

**versus**

**CASIMIRO BIDOT,**

                                        **Defendant-Appellant.**

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-99-CR-508-1-OLG
- - - - - - - - - -
December 19, 2000
Before DAVIS, JONES, and DeMOSS, CIRCUIT JUDGES.

PER CURIAM:[*]

Casimiro Bidot appeals his conditional guilty-plea conviction for conspiracy to distribute and possess with intent to distribute in excess of 500 grams of cocaine in violation of 21 U.S.C. §§ 841(a)(1), 846.  Bidot argues that the district court erred in denying his motion to suppress evidence obtained as the result of a traffic stop, in that the state trooper did not have a particularized and objective basis for initiating the traffic stop.

Our review of the record and the parties' arguments convinces us that the district court did not err in denying Bidot's motion to suppress as the trooper's stop of Bidot was justified in

---

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

light of the sudden, erratic movement of Bidot's van across the traffic lane.  Accordingly, the judgment of the district court is **AFFIRMED**.